IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00600-LTB

DAWANE ARTHUR MALLETT, and
LAMARCUS LEE HILLARD,

    Plaintiffs,

v.

ERIC HOLDER, JR., United States Attorney General, and
DAVID. B. BERKEBILE, Warden,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 15 day of April, 2013.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk